UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHELLE ROBERTSON,

    Plaintiff,

v.                                                            CASE NO. 8:17-cv-1077-26-T-MAP

NAVIENT SOLUTIONS, LLC,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, including the allegations of Plaintiff's complaint which allege in part that Defendant violated the Telephone Consumer Protection Act in part by utilizing a prerecorded voice, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Stay Proceedings (Dkt. 20) is **denied**. The Court aligns itself with those cases that have denied a stay pending resolution of the ACA Appeal pending before the District of Columbia Circuit Court of Appeals "when the plaintiff also alleged that the phone calls contained a prerecorded voice." Griffin v. Nationstar Mortg. LLC, 2017 WL 3648981, at *2 (S. D. Miss. Aug. 23, 2017) (citing and quoting Owens-Benniefield v. Nationstar Mortg. LLC, 2017 WL 1426720, at *5 (M. D. Fla. Apr. 21, 2017)).

**DONE AND ORDERED** at Tampa, Florida, on September 22, 2017.

                                               s/*Richard A. Lazzara*
                                               **RICHARD A. LAZZARA**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record