**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MICHELLE ROBERTSON,

    Plaintiff,

v.                                    CASE NO.:  8:17-cv-01077-RAL-MAP

NAVIENT SOLUTIONS, LLC,

    Defendants.

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), the undersigned hereby gives notice that this matter has been settled by the parties, and a joint stipulation for dismissal shall be filed upon the execution of the settlement documentation.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via the Court's CM/ECF system on July 10, 2018, which will serve an electronic copy on all parties of record.

                                              Respectfully submitted,

                                              *s/ Geoff Parmer*
                                              William "Billy" Peerce Howard, Esq.
                                              Florida Bar No.: 0103330
                                              Billy@TheConsumerProtectionFirm.com
                                              Geoffrey E. Parmer, Esq.
                                              Florida Bar No.: 0989258
                                              Geoff@TheConsumerProtectionFirm.com
                                              The Consumer Protection Firm
                                              4030 Henderson Boulevard
                                              Tampa, FL 33629
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              *Attorney for Plaintiff*